**FRED G. MINASSIAN, ESQ**
Attorney at Law - SBN 170974
3435 Wilshire Boulevard, Suite 620
Los Angeles, California 90010
Telephone: (213) 427-8888

Attorney for Defendant: **CARL THOMAS JEPSON**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-03-241 GEB |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| **CARL THOMAS JEPSON**, ) | |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendant that the status conference scheduled for May 27, 2005 may be continued to June 17 2005. This continuance is requested because defense counsel is in trial in another mater in Los Angeles. Additionally, the defendant has entered into a cooperation agreement with the government which will require additional time to fulfill. Counsel for the government has authorized the signing of this stipulation. The time until June 17, 2005 should be excluded pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

/////

/////

/////

/////

1 | This electronic filing was done as a courtesy to defense counsel by Steven D. Bauer.

3 | Dated: May 16, 2005     Dated: May 16, 2005

4 | / s /     / s /

5 | **FRED G. MINASSIAN**     **DANIEL S. LINHARDT**
Attorney at Law     Assistant United States Attorney

8 | IT IS SO ORDERED.

9 | Dated: May 17, 2005

11 | /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge