LAW OFFICES OF MINASSIAN & BAGHDAIAN, LLP.
FRED G. MINASSIAN, ESQ. (170974)
MELANIE K. BAGHDAIAN, ESQ. (204473)
3435 WILSHIRE BOULEVARD., SUITE 620
LOS ANGELES, CA 90010
(213)427-8888 FAX. (213)427-8884

Attorney for Defendant,
CARL THOMAS JEPSON

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.    S-03-0241 GEB |
| Plaintiff(s),                   ) | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE DATE |
| v.                              ) | |
| CARL THOMAS JEPSON              ) | |
| Defendant,                      ) | |

    The Defendant Carl Jepson, through his counsel Fred G. Minassian, and The United States of America, through Assistant U.S. Attorney Daniel S. Linhardt, hereby stipulate and agree to vacate the Sentencing date scheduled for January 13, 2006, and reset this matter for sentencing on March 3, 2006 at 9:00 a.m. The reason is that Mr. Jepson has been hospitalized at Saint Joseph Medical Center in Burbank, California since January 8, 2006 under critical condition. At this time his prognosis is unknown.

    Accordingly, the parties stipulate that the Sentencing hearing scheduled for January 13, 2006 be vacated and to set this matter for sentencing on March 3, 2006 at 9:00 a.m.

**So Stipulated and Agreed:**

Dated: January 9, 2006                                                                                  Respectfully submitted,

                                                                                                         By:       /FRED G. MINASSIAN/

                                                                                                                      FRED G. MINASSIAN, ESQ.

1                                                           Counsel for Defendant

Dated: January 9, 2006            By:        /DANIEL S. LINHARDT/

                                                 DANIEL S. LINHARDT, ESQ.
                                                 Assistant U. S. Attorney

      IT IS SO ORDERED.

Dated: January 11, 2006

                                           /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
                                           United States District Judge

CERTIFICATE OF SERVICE

I, Narine Gyozalyan, declare:

    That I am a citizen of the United States and resident or employed in Los Angeles County, California, that my business address is THE LAW OFFICES OF MINASSIAN & BAGHDAIAN, LLP. AT 3435 Wilshire Blvd., #620, L.A. ca 90010; I am over the age of eighteen years old and not a party to this action;

    I am readily familiar with the mailing process at our company, and I served a copy of said document to the address as follows:

                ASSISTANT UNITED STATES ATTORNEY
                ATTN: DANIEL LINHARDT
                501 I STREET, SUITE 10-100
                SACRAMENTO CA 95814

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | UNITED STATES EASTER DISTRICT<br>ATTN.: CLERK OF HONORABLE JUDGE GARLAND E. BURRELL<br>501 I STREET, SUITE 4-200<br>SACRAMENTO, CA 95814 |

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE

[X] BY ELECTRONIC FILING ON JANUARY 9, 2006

THIS CERTIFICATE IS EXECUTED ON JANUARY 9, 2006 AT LOS ANGELES, CA.

I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                                                            /NARINE GYOZALYAN/<br>
                                                                            NARINE GYOZALYAN