```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL THOMAS JEPSON
```

FILED

APR 24 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr.S. 03-241-GEB |
| ) | |
| v. ) | |
| ) | APPLICATION AND ORDER APPOINTING |
| CARL THOMAS JEPSON, ) | COUNSEL |
| ) | |
| Defendant. ) | |
| ) | |

The defendant, CARL THOMAS JEPSON, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

[ X ]   Assistant Federal Defender Dennis S. Waks

[   ]   CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

Mr. Jepson has advised the office of the Federal Defender that he would like representation. He was recently sentenced to the Bureau of Prisons and has a voluntary surrender date of April 28, 2006. Because of Mr. Jepson's medical condition and necessary surgery that he must undergo, Mr. Jepson will be requesting an extension of the

1 | voluntary surrender date.  He needs counsel to make this request.
2 |     It appears that Mr. Jepson qualifies for such appointment.
3 |     A Financial Affidavit is included with this application as
4 | evidence of the defendant's inability to obtain counsel.
5 | DATED: April 14, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender

    Having satisfied the court that he is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED: April 21, 2006

/s/ Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE

2

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | |
| UNITED STATES vs. _____ | FOR EASTERN DISTRICT OF CA. AT SACRAMENTO, CALIFORNIA |

LOCATION NUMBER: CAESC

PERSON REPRESENTED (Show your full name) _____

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____
THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ 750⁰⁰ 1993 Crowne Vic Ford

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Pymt |
|---|---|---|---|
| 1210 N. Tamarind Ave #3 L.A. CA. 90038 | | $ 267⁰⁰ | $ 267⁰⁰ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/11/06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

04/11/2006 16:08  3238747761  IMAGE EXPRESS4LENTERP  PAGE 01