DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CARL THOMAS JEPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>      v. )<br>)<br>)<br>CARL THOMAS JEPSON, )<br>)<br>            Defendant. )<br>)<br>_____ ) | CR.S. 03-241-GEB<br><br>**STIPULATION AND ORDER TO CONTINUE SELF SURRENDER DATE**<br><br><br><br><br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through LAUREL D. WHITE, Assistant U.S. Attorney, and defendant, CARL THOMAS JEPSON, by and though her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, to the following:

    1.  That this defendant was sentenced to 24 months imprisonment and has a self-surrender date of April 28, 2006.

    2.  That because this defendant has a medical condition known as Bilateral Carpal Tunnel Syndrome, he recently had surgery on his right hand and must undergo, after adequate healing of approximately six weeks, a second surgery on his left wrist.  The parties have a two page letter from Dr. Douglas M. Freedman dated April 4, 2006 that the court could review if requested.  Because of Mr. Jepson's medical condition

and necessary surgeries that he must undergo, the defendant is requesting an extension of his voluntary surrender date.

   3.  That defense counsel has been in contact with United States Probation Officer, Teresa C. Hoffman and Assistant United States Attorney, Laurel D. White, and they have no objection to continuing this defendant's self-surrender date.

   Therefore, it is hereby agreed that the defendant's self surrender date of Friday, April 28, 2006 be continued to Friday, July 14, 2006 at 2:00 p.m.

DATED: April 24, 2006         Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Defender

                              /s/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              CARL THOMAS JEPSON


                              McGREGOR SCOTT
                              United States Attorney


DATED: April 24, 2006           //s// Laurel D. White
                              _____
                              LAUREL D. WHITE
                              Assistant U.S. Attorney

                              **O R D E R**

   **IT IS SO ORDERED.**

Dated:  April 25, 2006

                              /s/ Garland E. Burrell, Jr.
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge