DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CARL THOMAS JEPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 03-241-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRAVEL OUTSIDE THE UNITED STATES** |
| CARL THOMAS JEPSON, | |
| Defendant. | JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through LAUREL D. WHITE, Assistant U.S. Attorney, and defendant, CARL THOMAS JEPSON, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, to the following:

Mr. Carl Jepson is currently on a 36 month term of Supervised Release.  He is requesting to travel on a cruise from Long Beach, California to Ensenada, Mexico on October 24, 2008 and return to Long Beach on Monday, October 27, 2008.

/ / /

/ / /

/ / /

Central District of California United States Probation Officer, Michael B. Rieger and Assistant United States Attorney, Laurel D. White, have no objection to Mr. Jepson's travel arrangements on those dates.

DATED: August 5, 2008     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
CARL THOMAS JEPSON


McGREGOR SCOTT
United States Attorney


/s/ Lauren D. White
DATED: August 5, 2008
_____
LAUREL D. WHITE
Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated:  August 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge