```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   CARL JEPSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          ) <br>         Plaintiff, )<br>          )<br>     v.      )<br>          )<br> CARL JEPSON,       )<br>          )<br>         Defendant.  )<br>          ) | Cr.S 03-241-GEB<br><br>**MOTION FOR EARLY TERMINATION**<br>**OF SUPERVISED RELEASE** |

    The defendant, through his attorney, DENNIS S. WAKS, Supervising Assistant Federal Defender, respectfully moves this court for an order pursuant to 18 U.S.C. § 3564(c) for early termination of his Supervised Release. As grounds in support of this motion, the defendant states the following:

    Mr. Jepson was charged under 18 U.S.C. § 1347, (Health Care Fraud), sentenced to twenty four (24) months of imprisonment and a Term of Supervised Release of thirty six (36) months. Mr. Jepson was also required to pay restitution in the amount of $250,000.00. Mr. Jepson's sentence was subsequently reduced to 12 months and one day.

    Section 3583(e) of Title 18, United States Code, provides that the

court may "terminate a term of Supervised Release and discharge the defendant released at any time after the expiration of one year of Supervised Release... if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

The national policy for the supervision of federal offenders is set forth in Monograph 109, "The Supervision of Federal Offenders" which was revised in March 2003.

The criteria for early termination are as follows:

1. Stable community reintegration (e.g., residence, family, employment);

2. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;

3. No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

4. No history of violence (e.g. sexually assaultive, predatory behavior, or domestic violence);

5. No recent arrests or convictions (including unresolved pending charges);

6. No recent evidence of alcohol or drug abuse;

7. No recent psychiatric episodes;

8. No identifiable risk to the safety of any identifiable victim; and

9. No identifiable risk to public safety based on the Risk Prediction Index (RPI).

Mr. Jepson's compliance with the terms of his sentence suggest that early termination is appropriate and will adequately reflect the circumstances of the offense. Mr. Jepson has already successfully completed over 2½ years of supervised release. Mr. Jepson is currently on social security disability and payments are taken from his check for payment on his restitution. At the time of the offense, Mr. Jepson did not have a criminal record of any kind, and he has not had any further charges since. Mr. Jepson has had no criminal conduct while on

Supervised Release nor does he have a history of violence.  He does not use illegal drugs or alcohol.

Since sentencing, Mr. Jepson has been dealing with HIV and Cancer. He is unable to work due to these illnesses and is disabled. Mr. Jepson continues to comply with all conditions of his Supervised Release.  Mr. Jepson plans on moving to Long Beach, California, in the near future.

Supervised Release is no longer necessary and the resources of the probation office need not be spent on this case.  Assistant United States Attorney, Laurel White consents to this motion to terminate Supervised Release.  Furthermore, Mr. Jepson's United States Probation Officer, Michael Rigor, does not oppose this motion for early termination.

**CONCLUSION**

For the above stated reasons, the defendant respectfully requests that this court terminate his term of Supervised Release.

DATED:  November 30, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender

**ORDER**

It is so ordered.

Dated:  November 30, 2009

GARLAND E. BURRELL, JR.
United States District Judge

3